UNITED STATES of America,
Plaintiff-Appellee,

v.

Jack Daniel NADEAU, Defendant-
Appellant.

No. 26007.

United States Court of Appeals,
Ninth Circuit.

May 11, 1971.

John E. Thorne, of Thorne, Stanton, Clopton, Herz & Stanek, San Jose, Cal., for appellant.

James L. Browning, Jr., U. S. Atty., Jerrold M. Ladar, Chief, Crim. Div., James L. Hazard, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before MERRILL and ELY, Circuit Judges, and JAMESON, District Judge.*

PER CURIAM:

Appellant's contention that his conscientious objector claim should have been considered by his local board is disposed of by Ehlert v. United States, 401 U.S. ——, 91 S.Ct. 1319, 28 L.Ed.2d 625 (1971).

His contention that the local board was improperly constituted is disposed of by United States v. Nix, 437 F.2d 746 (9th Cir. 1971); United States v. Wallace, 435 F.2d 12, 14–15 (9th Cir. 1970).

Judgment affirmed.

* Honorable William J. Jameson, Senior United States District Judge for the District of Montana, sitting by designation.

Nancy Jewell CROSS, Plaintiff-Appellant,

v.

BOARD OF SUPERVISORS, SAN MA-
TEO COUNTY, et al., Defendants-
Appellees.

No. 24137.

United States Court of Appeals,
Ninth Circuit.

April 23, 1971.

Rehearing Denied June 11, 1971.

Nancy Jewell Cross, in pro. per.

Cooper, White & Cooper, Richard J. Archer, James J. Garrett, of Morrison, Foerster, Holloway, Clinton & Clark, O'Connor, Cohn & Lynch, Cyril Viadro, San Francisco, Cal., Norman S. Menifee, Redwood City, Cal., for appellees.

Before MADDEN *, Judge of the United States Court of Claims, and BROWNING and TRASK, Circuit Judges.

PER CURIAM:

After careful consideration of the arguments and authorities cited by appellant, we are satisfied that the action was properly dismissed for the reasons stated in the district court's thorough opinion. See 326 F.Supp. 634 (N.D.Calif. 1968).

The judgment is affirmed.

* Honorable J. Warren Madden, Judge of the United States Court of Claims, sitting by designation.